UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATHEW BEARD,<br><br>  Plaintiff,<br><br>  v.<br><br>NEVADA DEPT. OF CORRECTIONS, et al.,<br><br>  Defendants. | Case No.: 2:23-cv-01060-GMN-NJK<br><br>**ORDER** |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. However, Plaintiff has not filed an updated address with this Court. Under LR IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." The Court will allow Plaintiff until August 12, 2024, to update his address on the docket. If Plaintiff does not update the Court with his current address by August 12, 2024, this case will be subject to dismissal without prejudice.

Accordingly, for the reasons stated above,

IT IS ORDERED that, no later than **August 12, 2024**, Plaintiff must file his updated address with the Court.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows

///

///

///

Plaintiff to refile the case with the Court, under a new case number.

    IT IS SO ORDERED.

    DATED: July 12, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE