UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATHEW BEARD,<br>　　　Plaintiff(s),<br>v.<br>NEVADA DEPT. OF CORRECTIONS, et al.,<br>　　　Defendant(s). | Case No. 2:23-cv-01060-GMN-NJK<br><br>**Order**<br><br>[Docket No. 23] |

Pending before the Court is Plaintiff's notice of discovery. Docket No. 23. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: January 30, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1