# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MATHEW BEARD,<br>　　　Plaintiff(s),<br>v.<br>NEVADA DEPT. OF CORRECTIONS, et al.,<br>　　　Defendant(s). | Case No. 2:23-cv-01060-GMN-NJK<br><br>**ORDER**<br><br>[Docket Nos. 27, 28] |

　　　Pending before the Court is Plaintiff's motion to compel. Docket No. 27. It appears from the record that the motion to compel was filed prematurely before the response deadline expired and, moreover, Defendants represent that they have now responded to the interrogatories. *See* Docket No. 29 at 2. Accordingly, the motion to compel is DENIED as moot.

　　　Also pending before the Court is Plaintiff's motion for default judgment arising out of his contention that Defendants failed to respond to the interrogatories. Docket No. 28. In light of the above, the motion for default judgment is also DENIED.

　　　IT IS SO ORDERED.

　　　Dated: March 6, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1