# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MATHEW BEARD,<br><br>    Plaintiff(s),<br><br>v.<br><br>NEVADA DEPT. OF CORRECTIONS, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-01060-GMN-NJK<br><br>**ORDER**<br><br>[Docket Nos. 33, 39] |

Pending before the Court is Plaintiff's motion to compel. Docket No. 33. Defendants filed a motion to extend the responsive brief deadline, representing that a meet and confer was not conducted prior to the filing of the motion to compel and that one was being scheduled for this week. Docket No. 39.

Parties must confer with the other side before filing a motion to compel discovery. Local Rule 26-6(c). Although modified slightly, this requirement applies to *pro se* prisoners. *See* Local Rule IA 1-3(f)(1).

Plaintiff's motion to compel does not certify that conferral efforts took place. Docket No. 33. Defense counsel represents that "[n]o meet and confer took place prior to the filing of the instant motion." Docket No. 39 at 2.

Accordingly, the motion to compel (Docket No. 33) is **DENIED** without prejudice. The motion to extend time (Docket No. 39) is **DENIED** as moot.

IT IS SO ORDERED.

Dated: April 7, 2025

  
_____  
Nancy J. Koppe  
United States Magistrate Judge