# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MATHEW BEARD,

    Plaintiff(s),

v.

NEVADA DEPT. OF CORRECTIONS, et al.,

    Defendant(s).

Case No. 2:23-cv-01060-GMN-NJK

**ORDER**

It appears that Plaintiff has failed to update his address. Docket Nos. 56-58. "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also in re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address by September 5, 2025. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL.**

IT IS SO ORDERED.

Dated: August 5, 2025

_____
Nancy J. Koppe
United States Magistrate Judge