AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0894 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants Charles Daniels, Gabriela Najera, Brian Williams, and Karissa Currier*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATHEW BEARD, | Case No. 2:23-cv-01060-GMN-NJK |
| Plaintiff, | |
| v. | **MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** |
| NEVADA DEPT. OF CORRECTIONS, *et al.*, | **[ECF NO. 45]** |
| Defendants. | **Third Request** |

Defendants hereby request an extension of time to file Dispositive Motions. ECF No. 45. This is the third request the Defendants have made.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.     RELEVANT FACTS AND PROCEDURAL HISTORY AND ARGUMENT**

On January 22, 2025, this Court issued its Scheduling Order, ordering that dispositive motions be filed by May 22, 2025. ECF No. 22. On April 4, 2024, the Court granted Plaintiff's Motion to Extend Time to Complete Discovery, making dispositive motions due June 23, 2025. ECF No. 43. On May 22, 2025, this Court granted a Stipulation for Extension of Time to Extend Discovery and Dispositive Motions stating that dispositive motions be filed by September 22, 2025. ECF No. 45.

There is currently an ongoing statewide outage, which blocks the Attorney General's Office's VPN access. Therefore, Counsel for Defendant is unable to access case files and documents. Defendants' counsel has been unable to consistently work on any cases or

obligations, including this one. The Court has been informed by General Counsel of the issue. Therefore, Counsel requests an additional 21 days to file dispositive motions, making the new response deadline to be October 14, 2025. (October 13 falls on Columbus Day, a federal holiday) Defendants are asking for 21 days at this point and will update the Court should additional time be necessary. Unfortunately, due to the ongoing network outage, undersigned counsel has been unable to hold a meet-and-confer with Plaintiff regarding this requested extension. Additionally, upon information and belief, Plaintiff has been in the hospital and just recently got back to an NDOC institution.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and will not hinder or prejudice Plaintiff's case, as the trial date is not imminent. The requested extension of time should permit the Defendants to file a proper and complete response to the motion to allow the Court to rule on all of the claims raised. Therefore, the Defendants request additional time to prepare and file the response.

## II.   CONCLUSION

Defendants assert that the requisite good cause and extenuating circumstance is present to warrant the requested extension of time. Therefore, the Defendants requests an extension, until October 14, 2025, to file Dispositive Motions.

DATED this 16th day of September 2025.

AARON D. FORD
Attorney General

By: */s/ Victoria C. Corey*
VICTORIA C. COREY (Bar No. 16364)
Senior Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.
Dated: September 17, 2025

Nancy J. Koppe
United States Magistrate Judge