# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MATHEW BEARD,

     Plaintiff,

v.

GABRIELA NAJERA, et al.,

     Defendants.

Case No. 2:23-cv-01060-GMN-NJK

**ORDER**

[Docket No. 76]

Pending before the Court is Plaintiff's motion for leave to amend his complaint. Docket No. 76. Defendants filed a response in non-opposition. Docket No. 77. Accordingly, Plaintiff's motion to amend is **GRANTED** as unopposed. *See* Local Rule 7-2(d). The Clerk's Office is **INSTRUCTED** to docket the Second Amended Complaint. *See* Docket No. 76-1. No later than January 9, 2026, Defendants must file notice as to whether they accept service of the Second Amended Complaint.

IT IS SO ORDERED.

Dated: December 30, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1