**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mathew Beard, | Case No. 2:23-cv-01060-GMN-NJK |
| Plaintiff(s), | ORDER |
| v. | [Docket No. 84] |
| Nevada Dept. of Corrections, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to send a copy of docketed items. Docket No. 84. The primary gist of the motion is that Plaintiff did not receive certain docket entries because of a hospitalization. *See id.* The Court has previously addressed that hospitalization and warned Plaintiff that he must keep his address updated. *See* Docket No. 73. Subject to that caveat moving forward, the Court will grant this aspect of the motion as a courtesy. The motion also indicates that Plaintiff did not receive Docket No. 81, but that is a submission of last known addresses that was filed under seal. Plaintiff will not receive that document.[1] Accordingly, the Court **GRANTS** in part and **DENIES** in part the pending motion. The Court **INSTRUCTS** the Clerk's Office to resend to Plaintiff's law library the notices for Docket Nos. 54-69 only.

IT IS SO ORDERED.

Dated: February 4, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] It appears that Plaintiff is asking that documents be mailed to him, but the Court will send the notices through the law library.

1